JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REYNA GONZALEZ-RIVAS,<br>Petitioner,<br>v.<br>WARDEN, ADELANTO ICE PROCESSING CENTER, et al.<br>Respondents. | Case No. 5:26-cv-02565 ADS<br><br>JUDGMENT |

Pursuant to the Court's Order, IT IS HEREBY ADJUDGED that the Petition is granted.

DATED: October 6, 2026

/s/ Autumn D. Spaeth
THE HONORABLE AUTUMN D. SPAETH
United States Magistrate Judge